

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6       IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

9

10 IN RE:                           )  SW-F-036 SMS
                                    )  SW-F-037 SMS
11 SEARCH WARRANTS AUTHORIZED ON)      SW-F-038 SMS
                                    )  SW-F-039 SMS
12 2810 Tahoe Drive, Merced, CA;   )  SW-F-040 SMS
                                    )  SW-F-041 SMS
13 2232 Lobo Avenue, Merced, CA    )  SW-F-042 SMS
                                    )
14 3512 W. Highway 140, Merced,    )  APPLICATION TO UNSEAL SEARCH AND
15 CA;                             )  SEIZURE WARRANTS, APPLICATIONS,
                                    )  AND AFFIDAVITS, AND SUPPORTING
16 1135 Martin Luther King, Jr.    )  MEMORANDUM
   Way, Merced, CA;                )
17                                  )
   One 2003 Chevrolet Avalanche,   )
18 California License # 7D28291;   )
                                    )
19 One 2001 GMC Sierra 6R58878;    )
                                    )
20 One 1999 Honda Odyssey          )
   4RHX993.                        )
21                                  )

22

23      The United States of America hereby applies to this Court for

24 an order unsealing the search and seizure warrants, applications,

25 and affidavits in the above-captioned proceeding.

26      This motion is based on the fact that there is no longer a

27 need to keep these items sealed since the investigation resulted

28 in the arrests and the prosecution of defendants in United States

1 | v. Sergio Reynol Padilla, et al., 1:06-cr-0059 AWI.

2 | Dated: April 17, 2007                    Respectfully submitted,

3 |                                          McGREGOR W. SCOTT
                                             United States Attorney
4 |
5 |                                  By:     /s/ Karen Escobar
                                             KAREN A. ESCOBAR
6 |                                          Assistant U.S. Attorney



FILED
APR 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 1:06 SW-F-036 SMS |
| | SW-F-037 SMS |
| SEARCH WARRANTS AUTHORIZED ON | SW-F-038 SMS |
| | SW-F-039 SMS |
| 2810 Tahoe Drive, Merced, CA; | SW-F-040 SMS |
| | SW-F-041 SMS |
| 2232 Lobo Avenue, Merced, CA | SW-F-042 SMS |
| 3512 W. Highway 140, Merced, CA; | ORDER TO UNSEAL SEARCH AND SEIZURE WARRANTS, APPLICATIONS, AND AFFIDAVITS, AND SUPPORTING MEMORANDUM |
| 1135 Martin Luther King, Jr. Way, Merced, CA; | |
| One 2003 Chevrolet Avalanche, California License # 7D28291; | |
| One 2001 GMC Sierra 6R58878; | |
| One 1999 Honda Odyssey 4RHX993. | |

Having considered the government's application to unseal the search and seizure warrants, applications, and affidavits in the above-captioned proceeding,

IT IS HEREBY ORDERED that the search and seizure warrants, applications, and affidavits shall be UNSEALED.

Dated: April 17, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1